McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HERMINE HAMBARTSUMYAN,<br><br>Defendant. | CASE NO. 1:18-CR-225-LJO-SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

## BACKGROUND

This matter is currently scheduled for a status conference on **January 22, 2019** as to defendant Hambartsumyan. Co-defendant Phaphonh appeared at a status conference on January 7, 2019. During that status conference, the assigned magistrate judge set a further status conference date for March 4, 2019, and requested that counsel for the United States determine if both defendants could appear at that status conference. The parties therefore request that the status conference be continued to **March 4, 2019**. Counsel agree that time between the current date of the status conference and the November 9 should be excluded under the Speedy Trial Act for defense preparation and continuity of counsel.

A proposed order appears below.

//

//

//

1

# STIPULATION AND ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference currently set for January 22, 2019 be continued to March 4, 2019. Time shall be excluded from January 22, 2019 to March 4, 2019 under the Speedy Trial Act for defense preparation and continuity of counsel. The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: January 15, 2019     By:    /s/ Michael G. Tierney
Michael G. Tierney
Assistant United States Attorney

DATED: January 15, 2019     By:    /s/ Roger T. Nuttall
Roger T. Nuttall
Attorney for Hermine Hambartsumyan

IT IS SO ORDERED.

Dated: **January 16, 2019**      /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE