1 McGREGOR W. SCOTT
United States Attorney
2 MICHAEL G. TIERNEY
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, Ca 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6 Attorneys for Plaintiff
United States of America
7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | Case No: 1:18-CR-0225-LJO |
| 12                 Plaintiff, | **STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANT HAMBARTSUMYAN REGARDING PRODUCTION OF PROTECTED INFORMATION** |
| 13 | |
| 14                 v. | |
| 15 | |
| 16 HERMINE HAMBARTSUMYAN ET AL., | |
| 17                 Defendants. | |

18

19

20     WHEREAS, the discovery in this case contains private personal information regarding third

21 parties (both adults and minors), including but not limited to their names, dates of birth, physical

22 descriptions, medical information, telephone numbers and/or residential addresses ("Protected

23 Information"); and

24     WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the

25 unauthorized disclosure or dissemination of this information to anyone not a party to the court

26 proceedings in this matter;

27     The parties agree that entry of a stipulated protective order is therefore appropriate.

28

THEREFORE, defendant Antonio Gastelum, by and through his counsel of record, Roger T. Nuttall ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Michael G. Tierney, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel's attorneys, designated defense investigators, designated defense experts, and support staff. Defense Counsel may permit the defendant to view unredacted documents under the supervision of his attorneys, defense investigators, and/or support staff while in the offices of defense counsel or in another location chosen by defense counsel. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to retain Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents, if any, from which Protected Information has first been redacted.

4. The parties acknowledge that the defendant may have access to unredacted copies of items contained in the discovery because they are business records of organizations with which she was associated. This Protective Order does not apply to the original unredacted documents in the possession of those organizations, but does apply to copies produced as part of discovery.

5. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States of America ("Government"). Defense Counsel will return the discovery to the government or, alternatively, keep it archived within its sole possession at the conclusion of the case.

6. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

7. Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

8. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

Dated: February 25, 2019     By: /s/ Roger T. Nuttall
                             Roger T. Nuttall
                             Attorney for Defendant
                             Hermine Hambartsumtan

Dated: February 25, 2019     McGREGOR W. SCOTT
                             United States Attorney

                             By: /s/ Michael G. Tierney
                             Michael G. Tierney
                             Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   **February 26, 2019**          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE