HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
MEGAN T. HOPKINS, CA Bar No. 294141
MATTHEW LEMKE, D.C. Bar No. 1023347
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
TEM PHAPHONH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TEM PHAPHONH, <br><br> Defendant. | Case No. 1:18-cr-00225-NONE <br><br> **STIPULATION TO CONTINUE TRIAL DATE AND FOR EXCLUSION OF TIME; ORDER** <br><br> Date: March 29, 2021 <br> Time: 8:30 a.m. <br> Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES** that the trial currently scheduled to begin on October 6, 2020, be continued to March 29, 2021, at 8:30 a.m.

The continuance is requested in order to permit defense counsel sufficient time to conduct and conclude defense investigation prior to trial.  A significant number of potential witnesses in this case are monolingual Lao-speakers who require the aid of an interpreter for field interviews.  Due to the COVID-19 pandemic, the availability of Lao interpreters (of which there are a limited number in California) has steeply declined.  Additionally, the Federal Defender's Office has directed its investigators to discontinue field interviews as a health precaution.  As a result, defense investigation has been delayed and additional time is needed to adequately prepare for trial.

The government has represented that it intends to extend its initial plea offer to the defendant, which will require translation into Lao in order for the defendant to have a copy that

1  she can read for herself.  Moreover, defense counsel will need time to evaluate the plea offer,
2  discuss it with the defendant, and engage in further plea negotiations, as necessary.  The parties
3  will be constrained from engaging in plea negotiations if pressed to prepare for a trial in October,
4  under the present circumstances caused by the pandemic.  As such, the parties request that the
5  trial date be continued to March 29, 2021.
6  Based on the foregoing the parties agree that the ends of justice served by resetting the
7  trial date outweigh the best interest of the public and the defendant in a speedy trial.  Therefore
8  the parties agree that time through March 29, 2021, is excludable pursuant to 18 U.S.C. §
9  3161(h)(7)(A), (B)(iv).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 6, 2020      /s/ Megan T. Hopkins
                        MEGAN T. HOPKINS
                        MATTHEW LEMKE
                        Assistant Federal Defenders
                        Attorneys for Defendant
                        TEM PHAPHONH

Date: July 6, 2020      /s/ Roger Nuttall
                        ROGER NUTTALL
                        Attorney for Defendant
                        HERMINE HAMBARTSUMYAN


                        McGREGOR W. SCOTT
                        United States Attorney

Date: July 6, 2020      /s/ Michael G. Tierney
                        MICHAEL G. TIERNEY
                        Assistant United States Attorney

**O R D E R**

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the trial currently set for **October 6, 2020** be continued to **March 29, 2021**. For the reasons set forth above, time shall be excluded through March 29, 2021, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

Dated:   **July 6, 2020**                                  /s/ Dale A. Drozd
                                                           UNITED STATES DISTRICT JUDGE