|   |   |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar No. 122664 |
|   | Federal Defender |
| 2 | MEGAN T. HOPKINS, CA Bar No. 294141 |
|   | MATTHEW LEMKE, D.C. Bar No. 1023347 |
| 3 | Assistant Federal Defender |
|   | Office of the Federal Defender |
| 4 | 2300 Tulare Street, Suite 330 |
|   | Fresno, CA  93721-2226 |
| 5 | Telephone: (559) 487-5561 |
|   | Fax: (559) 487-5950 |

Attorney for Defendant
TEM PHAPHONH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00225-NONE |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE TRIAL DATE, SET STATUS CONFERENCE IN 90 DAYS AND FOR EXCLUSION OF TIME; ORDER** |
| vs. |   |
| TEM PHAPHONH, | Date: March 29, 2021 |
|   | Time: 8:30 a.m. |
| Defendant. | Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES** that the trial currently scheduled to begin on March 29, 2021, at 8:30 a.m. be vacated, and that a status conference be scheduled for June 2, 2021 at 2:00 p.m. before the Honorable Sheila K. Oberto, United States Magistrate Judge.

The foregoing is requested in order to accommodate the Court's unavailability for trial at this time, due to ongoing COVID-19 health and safety concerns, and to permit defense counsel sufficient time to conduct and conclude defense investigation, which has been hampered due to restrictions put in place during the pandemic, prior to trial.

The government has extended an initial plea offer to the defendants, which will require translation into Lao (for Ms. Phaphonh) and sufficient time for the defense to consider the offer and suggest any necessary adjustments to the written plea agreement. If a plea agreement is finalized, the parties will need to evaluate the health and safety considerations before scheduling

1  an in-person change of plea hearing in this case.

2      Based on the foregoing the parties agree that the ends of justice served by resetting the
3  trial date outweigh the best interest of the public and the defendant in a speedy trial.  Therefore
4  the parties agree that time through June 2, 2021, is excludable pursuant to 18 U.S.C. §
5  3161(h)(7)(A), (B)(iv).

                                          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

Date: February 26, 2021                    */s/ Megan T. Hopkins*
                                          MEGAN T. HOPKINS
                                          MATTHEW LEMKE
                                          Assistant Federal Defenders
                                          Attorneys for Defendant
                                          TEM PHAPHONH

Date: February 26, 2021                    */s/ Roger Nuttall*
                                          ROGER NUTTALL
                                          Attorney for Defendant
                                          HERMINE HAMBARTSUMYAN


                                          McGREGOR W. SCOTT
                                          United States Attorney


Date: February 26, 2021                    */s/ Michael G. Tierney*
                                          MICHAEL G. TIERNEY
                                          Assistant United States Attorney

**O R D E R**

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the trial currently set for **March 29, 2021** is **VACATED** and a further status conference is set for **June 2, 2021 at 2:00 p.m.**.  For the reasons set forth above, time shall be excluded through June 2, 2021, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

Dated:   **February 26, 2021**                               *Dale A. Drozd*
UNITED STATES DISTRICT JUDGE