PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HERMINE HAMBARTSUMYAN AND TEM PHAPHONH<br><br>Defendants. | CASE NO.  1:18-CR-225-JLT-SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

**BACKGROUND**

This matter is currently scheduled for a status conference on **May 4, 2022.** The parties request that a final status conference (as directed by the Court's Minute Order of April 18, 2022) be set on **August 10, 2022**. Both parties continue to engage in plea negotiations or, in the alternative, to prepare for trial. Plea agreements have been submitted to each defendant for review. The parties also continue to review the extensive discovery produced in this matter and evaluate evidence for possible trial.

In addition, the defense has unable to hold in-person meetings with Ms. Phaphonh due to various health matters, and Ms. Phaphonh's hearing impairment makes remote conferencing challenging, at best. Moreover, primary counsel for Ms. Hambartsumyan suffered a serious medical condition in approximately February 2022 and has not yet returned to work. The defense is therefore delayed in its ability to conclude its investigation and finalize plea negotiations. The parties are aware that they must be prepared on August 10, 2022 to set a trial date if the case has not been resolved.

Counsel agree that time between the current date of the status conference and August 10, 2022 should be excluded under the Speedy Trial Act for defense preparation and continuity of counsel.

A proposed order appears below.

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference currently set for May 4, 2022, be continued to August 10, 2022.  Time shall be excluded from May 4, 2022, to August 10, 2022, under the Speedy Trial Act for defense preparation and continuity of counsel.  The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: April 27, 2022,   By:   /s/ Michael G. Tierney
Michael G. Tierney
Assistant United States Attorney

DATED: April 27, 2022,   By:   /s/ Mark W. Coleman
Mark W. Coleman
Roger T. Nuttall
Attorneys for Hermine Hambartsumyan

DATED: April 27, 2022,   By:   /s/ Megan T. Hopkins
Megan T. Hopkins
Attorney for Tem Phaphonh

///
///
///
///

**O R D E R**

Pursuant to the parties' Stipulation, the status conference hearing presently set for Wednesday, May 4, 2022, at 1:00 p.m. is hereby vacated and rescheduled for **Wednesday, August 3, 2022, at 1:00 p.m.** It is further ordered that time be excluded in the interests of justice based on the grounds set forth in the parties' Stipulation, through and including the continued status conference date of August 3, 2022, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] and 18 U.S.C. § 3161(h)(7)(A), B(ii) [Local Code T2], in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

The parties shall be prepared to select a mutually agreeable trial date at the next status conference.

**IT IS SO ORDERED.**

DATED:  4/28/2022

                                            *Sheila K. Oberto*

                                     Hon. Sheila K. Oberto
                                     UNITED STATES MAGISTRATE JUDGE