PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HERMINE HAMBARTSUMYAN AND<br>TEM PHAPHONH<br><br>Defendants. | CASE NO.  1:18-CR-225-JLT-SKO<br><br>AMENDED STIPULATION AND<br>ORDER TO CONTINUE STATUS<br>CONFERENCE |

## **BACKGROUND**

This matter is currently scheduled for a status conference on **May 4, 2022.** The parties request that a final status conference (as directed by the Court's Minute Order of April 18, 2022) be set on **August 10, 2022**.  Both parties continue to engage in plea negotiations or, in the alternative, to prepare for trial.  Plea agreements have been submitted to each defendant for review.  The parties also continue to review the extensive discovery produced in this matter and evaluate evidence for possible trial.

In addition, the defense has unable to hold in-person meetings with Ms. Phaphonh due to various health matters, and Ms. Phaphonh's hearing impairment makes remote conferencing challenging, at best. Moreover, primary counsel for Ms. Hambartsumyan suffered a serious medical condition in approximately February 2022 and has not yet returned to work.  The defense is therefore delayed in its ability to conclude its investigation and finalize plea negotiations.  The parties are aware that they must be prepared on August 17, 2022 to set a trial date if the case has not been resolved.

1

1   Counsel agree that time between the current date of the status conference and August 17, 2022 should

2   be excluded under the Speedy Trial Act for defense preparation and continuity of counsel.

3   A proposed order appears below.

4

5   **STIPULATION AND ORDER**

6

7   **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

8   attorneys, that the status conference currently set for May 4, 2022, be continued to August 17, 2022.  Time

9   shall be excluded from May 4, 2022, to August 17, 2022, under the Speedy Trial Act for defense preparation

10  and continuity of counsel.  The Court finds that the ends of justice outweigh the interest of the defendant

11  and the public in a speedy trial.

12

13                                                          Respectfully submitted,

14                                                          PHILLIP A. TALBERT
                                                            United States Attorney
15

16  DATED: April 29, 2022,                      By:    /s/ Michael G. Tierney_____
                                                        Michael G. Tierney
17                                                      Assistant United States Attorney

18

19  DATED: April 29, 2022,              By:          /s/ Mark W. Coleman_____
                                                        Mark W. Coleman
20                                                      Roger T. Nuttall
                                                        Attorneys for Hermine Hambartsumyan
21

22  DATED: April 29, 2022,                      By:    /s/ Megan T. Hopkins_____
                                                        Megan T. Hopkins
23                                                      Attorney for Tem Phaphonh

24

25  ///

26  ///

27  ///

28  ///

1

2                                              **O R D E R**

3

4          Pursuant to the parties' Stipulation, the status conference hearing presently set for Wednesday, May

5   4, 2022, at 1:00 p.m. is hereby vacated and rescheduled for **Wednesday, August 10, 2022, at 1:00 p.m.** It is

6   further ordered that time be excluded in the interests of justice based on the grounds set forth in the parties'

7   Stipulation, through and including the continued status conference date of August 10, 2022.

8          The parties shall be prepared to select a mutually agreeable trial date at the next status conference.

9

10         **IT IS SO ORDERED.**

11

12    DATED:  4/29/2022                          _Sheila K. Oberto_

13                                               Hon. Sheila K. Oberto
                                                 UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28