| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar No. 122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, CA Bar No. 294141 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | TEM PHAPHONH |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00225-NONE-SKO |
| Plaintiff, | **STIPULATION AND JOINT MOTION TO CONTINUE STATUS CONFERENCE AS TO DEFENDANT HAMBARTSUMYAN; ORDER** |
| vs. | |
| HERMINE HAMBARTSUMYAND AND TEM PHAPHONH, | Date: September 21, 2022 |
| Defendants. | Time: 1:00 p.m. |
| | Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED BY AND BETWEEN AND JOINTLY MOVED BY COUNSEL FOR THE GOVERNMENT AND COUNSEL FOR DEFENDAT PHAPHONH** that the status conference currently scheduled for Defendant Hambartsumyan on August 17, 2022 at 1:00 p.m. before the Honorable Sheila K. Oberto, United States Magistrate Judge, be continued to September 21, 2022 at 1:00 p.m..

The foregoing is requested given that counsel for Ms. Hambartsumyan has fallen ill and is at this time unable to meet and confer regarding a mutually agreeable trial date, nor, per communications with office staff, can counsel for Ms. Hambartsumyan participate in submitted a status report or stipulation to the Court.  The government and counsel for co-defendant Phaphonh have agreed on a general time frame for trial and are exchanging time estimates in order to reach an agreeable date to commence trial, however the parties believe that in order to arrive at a reliable date for all, counsel for Ms. Hambartsumyan should have an opportunity to fully

participate in the discussions following his recovery. Counsel for the government and co-defendant Phaphonh therefore request a brief continuance of 30 days in order to permit them to confer together and select a mutually convenient trial date prior to September 21, 2022.

On August 10, 2022, on the same facts and by stipulation between counsel for the government and co-defendant Phaphonh, the Court granted a continuance of the status conference as to co-defendant Phaphonh. Doc. 77. Counsel for the government and co-defendant Phaphonh have been in contact since that time with office staff of counsel for defendant Hambartsumyan, and office staff has advised that counsel remains medically unable to participate in the matter for approximately 2-3 weeks. Based on the foregoing counsel for the government and co-defendant Phaphonh agree that the ends of justice served by resetting the trial date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time through September 21, 2022, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 9, 2022

/s/ Megan T. Hopkins
MEGAN T. HOPKINS
JAYA GUPTA
Assistant Federal Defenders
Attorneys for Defendant
TEM PHAPHONH


PHILLIP A. TALBERT
United States Attorney

Date: August 9, 2022

/s/ Michael G. Tierney
MICHAEL G. TIERNEY
Assistant United States Attorney

## O R D E R

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference set for August 17, 2022 at 1:00 p.m., be continued to **September 21, 2022 at 1:00 p.m.**.  For the reasons set forth above, time shall be excluded through September 21, 2022, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Dated: 8/15/2022

*Sheila K. Oberto*
Honorable Sheila K. Oberto
United States Magistrate Judge