1  HEATHER E. WILLIAMS, CA Bar No. 122664
   Federal Defender
2  MEGAN T. HOPKINS, CA Bar No. 294141
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   TEM PHAPHONH
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           Case No. 1:18-cr-00225-NONE-SKO

12           Plaintiff,                 **STIPULATION TO SET TRIAL AND TRIAL
                                        CONFIRMATION HEARING; ORDER**
13     vs.
                                        Judge: Hon. Sheila K. Oberto
14  HAMBARTSUMYAN, ET AL,

15           Defendant.

16

17         **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES** that trial be set

18  to begin on October 2, 2023, at 9:00 a.m., for which a trial confirmation hearing set for

19  Thursday, August 3, 2023, at 9:00 a.m.

20         October 2, 2023, is a mutually convenient trial date for all parties.  The government

21  estimates that its case-in-chief will last no longer than 5 days, and defense counsel estimates no

22  more than 4 days.  The parties believe that a trial confirmation hearing approximately 60 days

23  prior to the date set for commencement of trial will permit sufficient time to address any

24  outstanding issues prior to trial, and to ensure that the trial date requested herein is confirmed far

25  enough in advance to permit necessary jury summons procedures and the readiness of the parties.

26         Based on the foregoing the parties agree that the ends of justice served by setting the

27  proposed trial date outweigh the best interest of the public and the defendant in a speedy trial.

28  Therefore the parties agree that time through August 3, 2023, is excludable pursuant to 18 U.S.C.

§ 3161(h)(7)(A), (B)(iv).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 21, 2022             */s/ Megan T. Hopkins*
                                    MEGAN T. HOPKINS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    TEM PHAPHONH


PHILLIP A. TALBERT
United States Attorney

Date: November 21, 2022             */s/ Michael G. Tierney*
                                    MICHAEL G. TIERNEY
                                    Assistant United States Attorney

# **O R D E R**

**IT IS HEREBY ORDERED** that trial is set to begin on **October 2, 2023, at 9:00 a.m.** A trial confirmation hearing will be held on Thursday, August 3, 2023, at 9:00 a.m. For the reasons set forth above, time shall be excluded through August 3, 2023, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

Dated:   **November 28, 2022**             /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE