1  HEATHER E. WILLIAMS, CA Bar No. 122664
   Federal Defender
2  MEGAN T. HOPKINS, CA Bar No. 294141
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   TEM PHAPHONH

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:18-cr-00225-NONE-SKO
12 | Plaintiff, | **STIPULATION TO SET TRIAL AND TRIAL CONFIRMATION HEARING; ORDER**
13 | vs. |
14 | HAMBARTSUMYAN, ET AL, | Judge: Hon. Sheila K. Oberto
15 | Defendant. |

17       **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES** that trial be set

18 to begin on October 2, 2023, at 9:00 a.m., for which a trial confirmation hearing set for Thursday,

19 August 3, 2023, at 9:00 a.m.

20       October 2, 2023, is a mutually convenient trial date for all parties.  The government

21 estimates that its case-in-chief will last no longer than 5 days, and defense counsel estimates no

22 more than 4 days.  The parties believe that a trial confirmation hearing approximately 60 days

23 prior to the date set for commencement of trial will permit sufficient time to address any

24 outstanding issues prior to trial, and to ensure that the trial date requested herein is confirmed far

25 enough in advance to permit necessary jury summons procedures and the readiness of the parties.

26       Based on the foregoing the parties agree that the ends of justice served by setting the

27 proposed trial date outweigh the best interest of the public and the defendant in a speedy trial.

28 Therefore the parties agree that time through August 3, 2023, is excludable pursuant to 18 U.S.C.

1  § 3161(h)(7)(A), (B)(iv).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 29, 2022        */s/ Megan T. Hopkins*
                               MEGAN T. HOPKINS
                               Assistant Federal Defender
                               Attorney for Defendant
                               TEM PHAPHONH

Date: November 29, 2022        */s/ Roger Nuttall*
                               ROGER NUTTALL
                               Attorney for Defendant
                               HERMINE HAMBARTSUMYAN


                               PHILLIP A. TALBERT
                               United States Attorney

Date: November 29, 2022        */s/ Michael G. Tierney*
                               MICHAEL G. TIERNEY
                               Assistant United States Attorney

**O R D E R**

**IT IS HEREBY ORDERED** that trial is set to begin on **October 2, 2023, at 9:00 a.m.** Trial is estimated for ten (10) court days. A trial confirmation hearing will be held on Friday, July 28, 2023, at 9:00 a.m. For the reasons set forth in the parties' stipulation, time shall be excluded through August 3, 2023, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS HEREBY ORDERED THAT the Court's Order to Show Cause issued on November 17, 2022 (Doc. No. 83) is HEREBY DISCHARGED and no sanctions will be imposed.

The Status Conference, currently set for December 7, 2022, is CONTINUED to January 18, 2023 at 1:00 p.m. before Magistrate Judge Sheila Oberto. The Court intends to address the issue of adequate representation of Defendant Hambartsumyan.

IT IS SO ORDERED.

Dated: **November 29, 2022**    /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE