1  PHILLIP A. TALBERT
   United States Attorney
2  MICHAEL G. TIERNEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

               IN THE UNITED STATES DISTRICT COURT
8
               EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,               CASE NO.  1:18-CR-225-JLT-SKO
11
                        Plaintiff,
12                                          AMENDED STIPULATION AND ORDER TO
                  v.                        CONTINUE STATUS CONFERENCE
13
   HERMINE HAMBARTSUMYAN AND
14 TEM PHAPHONH

15                      Defendants.

16

17                              **BACKGROUND**

18        This matter is currently scheduled for a status conference on **May 17, 2023**.  Doc. 97.[1]  The

19 government produced discovery to defendant Hambartsumyan's current counsel on or about March 1,

20 2023.  Counsel for defendant Hambartsumyan requires additional time to review discovery, engage in

21 plea negotiations, and prepare for trial.  In addition, counsel for defendant Phaphonh requires additional

22 time to review discovery and prepare for trial.  Efforts to speak with defendant Phaphonh have

23 continued to be hampered by the difficulty in obtaining interpreting and translation services and by

24 defendant Phaphonh's health conditions.

25        The parties request that the Court continue the status conference to **August 16, 2023**.  The parties

26

27        [1] The Court issued a minute order on May 2, 2023, directing the parties to file any stipulation to
   continue on or before May 10, 2023.  Doc. 97.  Undersigned counsel for the United States prepared and
   obtained approval from defense counsel prior to that date, but neglected to file it.  Counsel for the United
28 States apologizes to the Court and defense counsel for the untimely filing.

                                        1

will be prepared to set a set a trial date at the August 16, 2023, status conference or by stipulation of the parties.

Counsel agree that time between the current date of the status conference and August 16, 2023 should be excluded under the Speedy Trial Act for defense preparation and continuity of counsel.

A proposed order appears below.

## STIPULATION AND [PROPOSED] ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference currently set for May 17, 2023, be continued to August 16, 2023. Time shall be excluded from May 17, 2023, to July 12, 2023, under the Speedy Trial Act for defense preparation and continuity of counsel. The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: May 4, 2023     By:    /s/ Michael G. Tierney
Michael G. Tierney
Assistant United States Attorney

DATED: May 4, 2023     By:    /s/ Darryl E. Young
Darryl E. Young
Attorney for Hermine Hambartsumyan

DATED: May 4, 2023     By:    /s/ Megan T. Hopkins
Megan T. Hopkins
Attorney for Tem Phaphonh

///

///

1  ///

2  ///

3  ///

4  ///

5

6                            **O R D E R**

7

8      **IT IS SO ORDERED.**

9  DATED: 5/12/2023

10                              *Sheila K. Oberto*

11                              _____
                                Hon. Sheila K. Oberto
12                              UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28