HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700**Error! Bookmark not defined.**

Attorney for Defendant
TEM PHAPHONH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HERMINE HAMBARTSUMYAN<br>AND TEM PHAPHONH<br><br>Defendant. | Case No.  1:18-cr-00225-JLT-SKO<br><br>STIPULATION AND ORDER TO<br>CONTINUE STATUS CONFERENCE |

**IT IS HEREBY STIPULATED BY AND BETWEEN COUNSEL FOR THE GOVERNMENT AND COUNSEL FOR EACH DEFENDANT** that the status conference currently scheduled for August 16, 2023, at 1:00 p.m. before the Honorable Sheila K. Oberto, United States Magistrate Judge, be continued to **October 18, 2023, at 1:00 p.m.**

Defendant Hambartsumyan was appointed new counsel on February 3, 2023.  Dkt. 94. The government produced discovery to defendant Hambartsumyan's new counsel on or about March 2, 2023, following the execution of a protective order.  Dkt. 96.  Counsel for defendant Hambartsumyan requires additional time to review discovery, engage in plea negotiations, and assess readiness for trial.  In addition, counsel for defendant Phaphonh requires additional time to review discovery and prepare for trial.

The parties therefore request that the Court continue the status conference to October 18, 2023, to allow the additional time needed for defense preparation and investigation.  Counsel

agree that time between August 16, 2023 and October 18, 2023, should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Dated: August 4, 2023

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/Megan T. Hopkins*
MEGAN T. HOPKINS
Attorney for Defendant
TEM PHAPHONH

DATED: August 4, 2023

*/s/ Darryl E. Young*
DARRYL E. YOUNG
Attorney for Defendant
HERMINE HAMBARTSUMYAN

DATED: August 4, 2023

PHILLIP A. TALBERT
United States Attorney

*/s/ Michael G. Tierney*
MICHAEL G. TIERNEY
Assistant United States Attorney
Attorney for the United States

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status conference is continued to **October 18, 2023, at 1:00 p.m.**

DATED: August 7, 2023

*Sheila K. Oberto*

HON. SHELIA K. OBERTO
United States Magistrate Judge