HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
MEGAN T. HOPKINS, CA Bar No. 294141
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
TEM PHAPHONH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00225-JLT-SKO |
| Plaintiff, | **STIPULATION TO SET TRIAL AND TRIAL CONFIRMATION HEARING; ORDER** |
| vs. | Judge: Hon. Sheila K. Oberto |
| HAMBARTSUMYAN, ET AL, | |
| Defendant. | |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES** that trial be set to begin on September 23, 2024, at 8:30 a.m., and for which a trial confirmation hearing be set for Monday, August 5, 2024, at 8:30 a.m.

September 23, 2024 is a mutually convenient trial date for all parties. The government estimates that its case-in-chief will last no longer than 5 days, and defense counsel estimates no more than 4 days. The parties believe that a trial confirmation hearing approximately six weeks prior to the date set for commencement of trial will permit sufficient time to address any outstanding issues prior to trial, and to ensure that the trial date requested herein is confirmed far enough in advance to permit necessary jury summons procedures and the readiness of the parties.

Based on the foregoing the parties agree that the ends of justice served by setting the proposed trial date outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the parties agree that time through September 23, 2024, is excludable pursuant to 18

1   U.S.C. § 3161(h)(7)(A), (B)(iv).  Finally, the parties request to vacate the status conference

2   currently scheduled for October 18, 2023, in light of this stipulation.

3                                          Respectfully submitted,

4                                          HEATHER E. WILLIAMS
                                           Federal Defender
5

6   Date: October 3, 2023                  /s/ Megan T. Hopkins
7                                          MEGAN T. HOPKINS
                                           Assistant Federal Defender
8                                          Attorney for Defendant
                                           TEM PHAPHONH
9

10  Date: October 3, 2023                  /s/ Darryl Young
11                                         DARRYL YOUNG
                                           Attorney for Defendant
12                                         HERMINE HAMBARTSUMYAN

13                                         PHILLIP A. TALBERT
                                           United States Attorney
14

15  Date: October 3, 2023                  /s/ Michael G. Tierney
16                                         MICHAEL G. TIERNEY
                                           Assistant United States Attorney
17

18                                  **O R D E R**

19
20          **IT IS HEREBY ORDERED** that trial is set to begin on **September 23, 2024, at 8:30 a.m.**

21  A trial confirmation hearing will be held on Monday, August 5, 2024, at 9:00 a.m. The status

22  conference set for October 18, 2023, is hereby VACATED. For the reasons set forth above, time

23  shall be excluded through September 23, 2024, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

24

25  Dated: 10/3/2023                        *Sheila K. Oberto*
26                                          Honorable Sheila K. Oberto
                                            United States Magistrate Judge
27

28