1  HEATHER E. WILLIAMS, CA Bar No. 122664
   Federal Defender
2  MEGAN T. HOPKINS, CA Bar No. 294141
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   TEM PHAPHONH

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 1:18-cr-00225-JLT-SKO

             Plaintiff,                **STIPULATION TO CONTINUE TRIAL AND**
12                                      **TRIAL CONFIRMATION HEARING;**
                                        **ORDER**
13  vs.
                                        Judge: Hon. Jennifer L. Thurston
14  HAMBARTSUMYAN, ET AL,

15           Defendants.

16

17      **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES** that the trial set

18  to begin on September 24, 2024, at 8:30 a.m. be continued to February 17, 2025, at 8:30 a.m., and

    that the trial confirmation hearing be continued to Monday, January 6, 2025, at 9:00 a.m.
19
        The continuance is requested by the defense for two primary reasons: first, that Ms.
20
    Phaphonh's health is a concern as she is being treated for a respiratory issue and has had
21
    difficulty sustaining herself in trial preparation for more than one hour at a time, even with the
22
    support of a prescribed oxygen tank.  The defense anticipates that Ms. Phaphonh will be in a
23
    much-improved condition to participate in full days of trial if the requested continuance is
24
    granted, which allow her time to recover and for her condition to improve. Second, the defense
25
    paralegal has recently been scheduled for shoulder surgery on September 25, 2024, with a
26
    projected recovery time lasting over a month.  If the requested continuance is not granted, the
27
    defense team would need to proceed to trial without the support of a paralegal who has been with
28
    the case since its inception, which would severely hinder trial preparation and the presentation of

1    a defense on Ms. Phaphonh's behalf. Additionally, the parties are engaging in plea negotiations

2    which will be most efficient if the brief trial continuance is granted, allowing the parties to focus

3    on a resolution if one can be reached.

4           February 17, 2025, is a mutually convenient trial date for all parties.  The government

5    estimates that its case-in-chief will last no longer than 5 days, and defense counsel estimates no

6    more than 4 days.  The parties believe that a trial confirmation hearing approximately five weeks

7    prior to the date set for commencement of trial will permit sufficient time to address any

8    outstanding issues prior to trial, and to ensure that the trial date requested herein is confirmed far

9    enough in advance to permit necessary jury summons procedures and the readiness of the parties.

10          Based on the foregoing the parties agree that the ends of justice served by continuing the

11   trial date and trial confirmation hearing outweigh the best interest of the public and the defendant

12   in a speedy trial.  Therefore, the parties agree that time through February 17, 2025, is excludable

13   pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

14                                              Respectfully submitted,

15                                              HEATHER E. WILLIAMS
                                                Federal Defender
16

17   Date: August 6, 2024              /s/ Megan T. Hopkins
                                                MEGAN T. HOPKINS
18                                              KARA OTTERVANGER
                                                Assistant Federal Defenders
19                                              Attorneys for Defendant
                                                TEM PHAPHONH
20

21

22   Date: August 6, 2024              /s/ Darryl Young
                                                DARRYL YOUNG
23                                              Attorney for Defendant
                                                HERMINE HAMBARTSUMYAN
24

25                                              PHILLIP A. TALBERT
                                                United States Attorney
26

27   Date: August 6, 2024              /s/ Michael G. Tierney
                                                MICHAEL G. TIERNEY
28                                              Assistant United States Attorney

1

**O R D E R**

2        **IT IS HEREBY ORDERED** that trial is continued to **February 17, 2025, at 8:30 a.m.**

3   The trial confirmation hearing will be held on Monday, January 6, 2025, at 9:00 a.m. The trial

4   confirmation hearing previously set for August 12, 2024 is hereby VACATED. For the reasons set

5   forth above, time shall be excluded through February 17, 2025, pursuant to 18 U.S.C. §

6   3161(h)(7)(A), (B)(iv).

7

8

9   Dated: _____August 7, 2024_____

10                                    Honorable Jennifer L. Thurston
                                      United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28