MICHELE BECKWITH
Acting United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HERMINE HAMBARTSUMYAN AND TEM PHAPHONH<br><br>Defendants. | CASE NO. 1:18-CR-225-JLT-SKO<br><br>AMENDED STIPULATION AND ORDER TO CONTINUE TRIAL |

## **BACKGROUND**

This matter is currently scheduled for trial regarding defendant Tem Phaphonh on February 19, 2025. Co-defendant Hermine Hambartsumyan has a change of plea hearing set on January 27, 2025. At a trial confirmation hearing on January 6, 2025, the Court informed the parties that the trial would proceed in Sacramento if it remained on that date due to the unavailability of a United States District Judge to try the matter in Fresno. Counsel for Ms. Phaphonh indicated that would represent a hardship, as further detailed below. The parties inquired of Court staff regarding the next available date for trial in Fresno and were informed that August 19 was the first available date. They therefore request that trial be continued to August 19, 2025.

Regarding the hardship involved, Ms. Phaphonh suffers from respiratory issues, requiring the use of oxygen at all times. She has medical equipment she uses in her home. She also suffers from severe hearing loss, and requires both hearing aids and the use of a hearing assistance device provided by the

1

Court. She is prediabetic with high blood pressure and takes a variety of medications daily. She is not ambulatory, and uses a wheelchair with a family member's assistance to get around. Travel to Sacramento for trial would present a hardship for her in that she would have to travel with numerous medical devices/equipment, and reside in a rental unit in Sacramento for what could be an extended period, away from the home she has set up to accommodate her medical needs and use of a wheelchair.

Additionally, the Federal Defender's Office would face a significant burden if three of its staff members (one of only two paralegals, one of only three investigators, and one of only a handful of trial attorneys) were taken out of the office entirely for a trial in Sacramento. The impact on that agency is something counsel for Ms. Phaphonh would ask the Court to consider, as well.

Counsel agree that time between the current trial date and August 19, 2025 should be excluded under the Speedy Trial Act for defense preparation and continuity of counsel.

A proposed order appears below.

### **STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the trial currently set for February 19, 2025 be continued to August 19, 2025. Time shall be excluded from February 19, 2025 to August 19, 2025 under the Speedy Trial Act for defense preparation and continuity of counsel. The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

DATED: January 22, 2025        By:   /s/ Michael G. Tierney
                                     Michael G. Tierney
                                     Assistant United States Attorney

| | |
|---|---|
| DATED: January 22, 2025 | By:   /s/ Megan T. Hopkins<br>Megan T. Hopkins<br>Attorney for Tem Phaphonh |

**O R D E R**

**IT IS SO FOUND.**

IT IS SO ORDERED.

Dated:   **January 22, 2025**                    _/s/ Jennifer L. Thurston_
                                                                         UNITED STATES DISTRICT JUDGE