```
DARRYL E. YOUNG, SBN #255894
Law offices of Darryl E. Young
7041 Koll Center Parkway, Ste. 255,
Pleasanton, California 94566
Telephone: (925) 215-0300
Facsimile:  (925) 425-7181
```

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00225-JLT |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE; |
| v. | |
| HERMINE HAMBARTSUMYAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for June 4, 2025, at 1:00 p.m. before Magistrate Oberto, shall be continued for a Status Conference to September 17, 2025, at 1:00 p.m. before Magistrate Oberto. The parties agree that the ends of justice served by taking this action outweigh the best interests of the public. Defendant has entered a plea. She awaits her co-defendant Tem Phaphonh's trial to be completed, prior to setting a sentencing date.

Dated: May 27, 2025

/s/ Darryl Young
Darryl Young
Defense Counsel for Hermine Hambartsumyan

Dated: May 27, 2025

/s/ Michael G. Tierney
Michael G. Tierney
Assistant United States Attorney

DARRYL E. YOUNG, SBN #255894
Law offices of Darryl E. Young
7041 Koll Center Parkway, Ste. 255,
Pleasanton, California 94566
Telephone: (925) 215-0300
Facsimile: (925) 425-7181

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 1:18-cr-00225-JLT |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| HERMINE HAMBARTSUMYAN, | |
| Defendant. | |

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for June 4, 2025, at 1:00 p.m., shall be set for a Status Conference on September 17, 2025, at 1:00 p.m.

IT IS SO ORDERED.

DATED:    5/28/2025

*Sheila K. Oberto*
SHEILA K. OBERTO, U.S. MAGISTRATE JUDGE