DARRYL E. YOUNG, SBN #255894
Law offices of Darryl E. Young
7041 Koll Center Parkway, Ste. 255,
Pleasanton, California 94566
Telephone: (925) 215-0300
Facsimile: (925) 425-7181

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. HERMINE HAMBARTSUMYAN, Defendant. | Case No. 1:18-cr-00225-JLT<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND SET SENTENCING DATE; PROPOSED ORDER |
|---|---|

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for September 29, 2025, at 1:00 p.m. before Magistrate Judge Oberto, be continued for Sentencing on November 17, 2025 at 9:00 a.m. before Judge Thurston. The parties agree that the ends of justice is served by taking this action and it outweighs the best interests of the public. Defendant entered a plea on January 6, 2025 and was awaiting trial for co-defendant. Co-defendant has entered a plea and is set for sentencing on September 29, 2025.

Dated: September 3, 2025

*/s/ Darryl Young*
Darryl Young
Defense Counsel for Hermine Hambartsumyan

Dated: September 3, 2025

*/s/ Michael G. Tierney*
Michael G. Tierney
Assistant United States Attorney

STIPULATION AND PROPOSED ORDER - 1

Darryl E. Young, SBN #255894
Law offices of Darryl E. Young
7041 Koll Center Parkway, Ste. 255,
Pleasanton, California 94566
Telephone: (925) 215-0300
Facsimile: (925) 425-7181

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:18-cr-00225-JLT |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| HERMINE HAMBARTSUMYAN, | |
| Defendant. | |

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for June 4, 2025, at 1:00 p.m., shall be set for Sentencing on November 17, 2025, at 9:00 a.m.

IT IS SO ORDERED.

Dated: September 12, 2025            _____
                                     JUDGE JENNIFER L. THURSTON

STIPULATION AND PROPOSED ORDER - 2