UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HERMINE HAMBARTSUMYAN,<br><br>　　　　Defendant. | Case No.: 1:18-CR-00225-1-JLT<br>CA Case No.: 25-7598<br><br>**ORDER APPOINTING COUNSEL** |

　　　The Defendant has satisfied this Court that he is financially unable to obtain counsel and wishes counsel to be appointed to represent her on appeal.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS** that David Schlesinger is appointed to represent the defendant in this case effective *nunc pro tunc* to December 15, 2025. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

　　Dated: __**January 8, 2026**__　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE