**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HERMINE HAMBARTSUMYAN,<br>Defendant. | Case No. 1:18-cr-00225 JLT SKO<br>ORDER DENYING MOTION FOR SENTENCE REDUCTION<br>(Doc. 173) |

Hermine Hambartsumyan agreed to plead guilty to health care fraud in January 2025. (Doc. 112.) She admitted in her agreement that she and a co-conspirator submitted false and fraudulent Medicare claims worth hundreds of thousands of dollars. (*See id.* at 14.) The Court accepted her guilty plea and, in December 2025, imposed a sentence of 18 months.[1] (Docs. 120, 152, 156.)

In May 2026, Hambartsumyan filed a pro se motion to reduce her sentence, which this Court has construed as a motion under 18 U.S.C. § 3582(c)(1)(A). (Doc. 173.) The Court referred the matter to the Office of the Federal Defender, which declined to assume the representation. (Docs. 174, 175.) The government opposes the motion. (Doc. 176.) Defendant did not file an optional reply brief by the applicable deadline. (*See* Docs. 174, 177.)

[1] Her direct appeal is pending. (*See* Docs. 155, 158; Ninth Cir. Case No. 25-7598.)

A district court may reduce a sentence in response to a defendant's motion under § 3582(c)(1)(A) only if the defendant first made her request to the Bureau of Prisons. Defendant Hambartsumyan does not claim to have made such a request. Her motion for a sentencing reduction is therefore **DENIED**.

IT IS SO ORDERED.

Dated: _September 23, 2026_

UNITED STATES DISTRICT JUDGE